UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ORRIN BACOTE,

                             Plaintiff,

**16 Civ. 1599 (GHW)**

**NOTICE OF MOTION TO PRECLUDE DEFENDANTS' EXPERT**

      -against-

RIVERBAY CORPORATION, et. al.,

                             Defendants
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Plaintiffs' Motion to Preclude Defendants' Expert, the Declaration of Gerald M. Cohen, dated May 10, 2017, and the exhibits annexed thereto, plaintiff ORRIN BACOTE, by his counsel Cohen & Fitch LLP will move this Court at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, before the Honorable Gregory H. Woods, United States District Judge, for an Order:

    1.    Precluding Defendants' Expert, Dr. Kevin Toosi; and,

    2.    For such other and further relief as may be just and proper.

Dated: New York, New York
       May 10, 2017

                                      Yours, etc..

                        By: _____/S_____
                             GERALD M. COHEN
                             ILYSSA FUCHS
                             JOSHUA FITCH
                             COHEN & FITCH LLP
                             Attorneys for Plaintiff

2

                                                233 Broadway, Suite 1800
                                                New York, N.Y. 10279
                                                (212) 374-9115

TO:    Horace Rhoden, Esq.
          Vanessa Corchia, Esq.
          Armeienti, DeBellis, Gugliemo & Rhoden, LLP
          39 Broadway, Suite 520
          New York, New York 10006-3034