USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ORRIN BACOTE,                                      :
                                                   :
                              Plaintiff,           :
                                                   :         1:16-cv-1599-GHW
                -against-                          :
                                                   :         ORDER
RIVERBAY CORPORATION, *et al.*,                    :
                                                   :
                              Defendants.          :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

   The Court will hold a hearing on Plaintiff's motion to preclude Defendants' expert witness (ECF No. 150) on **January 23, 2018 at 1:00 p.m.** in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.  The Court has set aside four hours for completion of the hearing.  The Court expects that Dr. Toosi will appear to testify.  The parties should inform the Court if they believe they cannot reasonably limit the testimony and cross examination to one and a half hours per party.

   SO ORDERED.

Dated: December 19, 2017                              _____
New York, New York                                            GREGORY H. WOODS
                                                           United States District Judge