USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORRIN BACOTE,                                            :
                                                         :
                                    Plaintiff,           :
                                                         :           1:16-cv-1599-GHW
            -against-                                    :
                                                         :           ORDER
RIVERBAY CORPORATION, *et al.*,                          :
                                                         :
                                    Defendants.          :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons set forth on the record during the telephone conference held on January 26, 2018, Plaintiff's motion to preclude Defendants' expert witness, Dkt. No. 150, is granted. The Clerk of Court is directed to close the motion pending at Dkt. No. 150.

    SO ORDERED.

Dated: January 26, 2018  
New York, New York

                                                      _____  
                                                           GREGORY H. WOODS  
                                                         United States District Judge